[No. 25801-7-III.  Division Three.  June 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN JAY PURDOM, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 06-1-00040-4, Richard W. Miller, J., entered December 11, 2006. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Brown, J., and Thompson, J. Pro Tem.

[No. 26193-0-III.  Division Three.  June 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK RICHARD APPLINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-03483-1, Maryann C. Moreno and Ellen K. Clark, JJ., entered April 30 and May 8, 2007. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kulik, A.C.J., and Brown, J.

[No. 26274-0-III.  Division Three.  June 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH C. KNAPP, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-00079-9, Salvatore F. Cozza, J., entered June 25, 2007. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Brown, J., and Thompson, J. Pro Tem.

[No. 26336-3-III.  Division Three.  June 17, 2008.]

MANUEL CHAPA, *Individually and as Guardian*, ET AL., *Appellants*, v. RODNEY NELSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-2-02015-1, Carrie L. Runge, J., entered June 22, 2007. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kulik, A.C.J., and Korsmo, J.